B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>LDK Solar CO., Ltd. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>LDK; LDK Solar; LDK Solar Co., Ltd. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>N/A | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br><br>Zolfo Cooper (Cayman) Limited, 10 Market Street, Suite 776<br>Camana Bay, Grand Cayman KY1-9006, Cayman Islands<br><div align="right">ZIP CODE</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><div align="right">ZIP CODE</div> |
| County of Residence or of the Principal Place of Business:<br>Cayman Islands | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>Zolfo Cooper (Cayman) Limited as Joint Provisional Liquidators<br>Attn: Eleanor Fisher & Tammy Fu<br>P.O. Box 1102 GT, 4th Floor, Building 3, Cayman Financial Centre<br>Grand Cayman KY1-1102, Cayman Islands<br><div align="right">ZIP CODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><br><div align="right">ZIP CODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>Cayman Islands<div align="right">ZIP CODE</div> | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>  Exempted Company with Limited Liability | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☑ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br>Cayman Islands<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending:<br>Cayman Islands; Hong Kong | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☑ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☑ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>LDK Solar CO., Ltd. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>(See Attachment 1) | Case Number: | Date Filed: |
| District:<br>District of Delaware | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)     (Date)</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐   Yes, and Exhibit C is attached and made a part of this petition. |
| ☑   No. See Exhibit C |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
|     ☐   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition. |
| If this is a joint petition: |
|     ☐   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
|     ☐   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
|     ☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
|     ☑   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
|     ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
|              _____<br>            (Name of landlord that obtained judgment) |
|              _____<br>            (Address of landlord) |
|     ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
|     ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
|     ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (04/13)                                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | LDK Solar CO., Ltd. |

| Signatures ||

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>Telephone Number (if not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☑ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _~Tammy Fu (signature)~_<br>   (Signature of Foreign Representative)<br><br>   Tammy Fu<br>   (Printed Name of Foreign Representative)<br><br>   *October 21, 2014*<br>   Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _Jessica C.K. Boelter (signature)_<br>   Signature of Attorney for Debtor(s)<br>   Jessica C.K. Boelter<br>   Printed Name of Attorney for Debtor(s)<br>   Sidley Austin LLP<br>   Firm Name<br><br>   One South Dearborn St.<br>   Chicago, IL 60603<br>   Address<br>   (312) 853-7000<br>   Telephone Number<br>   *October 21, 2014*<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>   Signature<br><br>_____<br>Date |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B1 (Official Form 1) (04/13)

Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>LDK Solar CO., Ltd. |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

X _____
   Signature of Attorney for Debtor(s)
   Edmon L. Morton
   Printed Name of Attorney for Debtor(s)
   Young Conaway Stargatt & Taylor, LLP
   Firm Name

   Rodney Square, 1000 North King Street
   Wilmington, DE 19801
   Address
   (302) 571-6600
   Telephone Number
   *October 21, 2014*
   Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## ATTACHMENT 1 TO VOLUNTARY PETITION

Pending Bankruptcy Cases Filed by Affiliates of the Debtor:

On the date hereof, each of the affiliated entities listed below (each a "Debtor" and, collectively, the "Debtors"), including the foreign representatives on behalf of LDK Solar CO., Ltd in this case, filed a voluntary petition in this Court for relief under either chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") or chapter 15 of the Bankruptcy Code, as indicated below.

### Chapter 11 Cases

LDK Solar Systems, Inc.
LDK Solar USA, Inc.
LDK Solar Tech USA, Inc.

### Chapter 15 Case

LDK Solar CO., Ltd. (in provisional liquidation)

B 1C (Official Form 1, Exhibit C (9/01)

*[If, to the best of the debtor's knowledge, the debtor owns or has possession of property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety, attach this Exhibit "C" to the petition.]*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| LDK SOLAR CO., LTD. (IN (PROVISIONAL LIQUIDATION) | Case No. 14-_____ (__) |
| Debtor in a Foreign Proceeding. | |

## EXHIBIT "C" TO VOLUNTARY PETITION

1.   Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety.  To the extent the Debtor has an interest in such property, to the best of the Debtor's knowledge, the Debtor is in compliance with all applicable laws, including, without limitation, all environmental laws and regulations.

2.   With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

The Debtor is not aware of any real or alleged dangerous conditions existing on or related to any real or personal property owned or possessed by the Debtor.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| LDK SOLAR CO. LTD. (IN PROVISIONAL LIQUIDATION),[1] | Case No. 14-_____ (___) |
| Debtor in a Foreign Proceeding. | |

## FOREIGN REPRESENTATIVES' STATEMENTS AND LISTS PURSUANT TO FED. R. BANKR. P. 1007(a)(4) AND 7007.1

Eleanor Fisher and Tammy Fu of Zolfo Cooper (Cayman) Limited, in their capacities as the Joint Provisional Liquidators and foreign representatives (in such capacities, the "JPLs" or the "Foreign Representatives") of LDK Solar CO., Ltd. ("LDK Parent") in LDK Parent's proceeding (the "Cayman Proceeding") under section 92(d) of the Cayman Islands Companies Law (2013 Revision) pending before the Grand Court of the Cayman Islands, Financial Services Division (the "Cayman Court"),[2] by and through the undersigned counsel to the Foreign Representatives on behalf of LDK Parent, respectfully submit this statement pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### BANKRUPTCY RULES 1007(a)(4) AND 7007.1

Bankruptcy Rule 1007(a)(4) provides:

*Chapter 15 Case.*  In addition to the documents required under §1515 of the Code, a foreign representative filing a petition for recognition under chapter 15 shall file with the petition: (A) a corporate ownership statement containing the information

---

[1] The last four digits of the Cayman Islands registration number of LDK Solar CO., Ltd (in provisional liquidation) are 6736.  The mailing address for LDK Solar Co., Ltd. (in provisional liquidation) is:  Zolfo Cooper (Cayman) Limited, Attn: Eleanor Fisher & Tammy Fu, as Joint Provisional Liquidators, P.O. Box 1102 GT, 4th Floor, Building 3, Cayman Financial Centre, Grand Cayman KY1-1002, Cayman Islands.

[2] On February 27, 2014, the Cayman Court entered the *Order Appointing Joint Provisional Liquidators* (the "Cayman Order"), which, among other things, appointed the JPLs.

described in Rule 7007.1; and (B) unless the court orders otherwise, a list containing the names and addresses of all persons or bodies authorized to administer foreign proceedings of the debtor, all parties to litigation pending in the United States in which the debtor is a party at the time of the filing of the petition, and all entities against whom provisional relief is being sought under §1519 of the Code.

Fed. R. Bankr. P. 1007(a)(4).

Furthermore, Bankruptcy Rule 7007.1 provides, in relevant part:

(a) Required Disclosure. Any corporation that is a party to an adversary proceeding, other than the debtor or a governmental unit, shall file two copies of a statement that identifies any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under this subdivision.

Fed. R. Bankr. P. 7007.1.

## REQUIRED DISCLOSURE

A.      **Corporate Ownership Statement**

The following entities directly or indirectly own 10% or more of any class of

LDK Parent's equity interests:

| Name and Address of Equity Holder | Equity Interest |
|---|---|
| LDK New Energy Holding Limited<br>Unit 2301, 23/F, ING Tower<br>308 Des Voeux Road, Central<br>Hong Kong | 26.5% |
| Fulai Investments Ltd.<br>30/F, Bank of China Tower<br>1 Garden Road, Central<br>Hong Kong K3 0000 | 21.6% |
| Heng Rui Xin Energy (HK) Co., Ltd.<br>100 Yangtian East Avenue, Sports Center<br>Xinyu City, Jiangxi Province 338000<br>People's Republic of China | 13% |

**B.    Administrators of the Debtor in a Foreign Proceeding**

The names and addresses of all persons or bodies authorized to administer foreign proceedings of LDK Parent are:

| Name and Address of Foreign Representative |
| --- |
| Eleanor Fisher and Tammy Fu<br>Zolfo Cooper (Cayman) Limited<br>10 Market Street, Suite 776<br>Camana Bay, Grand Cayman KY1-9006<br>Cayman Islands |

**C.    United States Litigation Counterparties**

To the extent known by the Foreign Representatives, the parties to litigation pending in the United States in which LDK Parent is currently a party are:

| Party | Type | Pending Litigation |
| --- | --- | --- |
| Great Lakes Reinsurance (UK) PLC<br>c/o Peter J. Whalen<br>Clyde & Co. US LLP<br>101 Second Street, 24th Floor<br>San Francisco, CA 94105 | Plaintiff | *Great Lakes Reinsurance (UK) PLC, et al. v. LDK Solar Co., Ltd.*, Case No. 112-CV-223439, Superior Court of California, County of Santa Clara |
| Munich Reinsurance Company<br>c/o Peter J. Whalen<br>Clyde & Co. US LLP<br>101 Second Street, 24th Floor<br>San Francisco, CA 94105 | Plaintiff | *Great Lakes Reinsurance (UK) PLC, et al. v. LDK Solar Co., Ltd.*, Case No. 112-CV-223439, Superior Court of California, County of Santa Clara |
| LDK Solar Europe Holding, S.A.<br>c/o Paul D. Supnik, Attorney at Law<br>9401 Wilshire Blvd., Suite 1250<br>Beverly Hills, CA 90212 | Co-Defendant | *Great Lakes Reinsurance (UK) PLC, et al. v. LDK Solar Co., Ltd.*, Case No. 112-CV-223439, Superior Court of California, County of Santa Clara |
| LDK Solar USA, Inc.<br>c/o Paul D. Supnik, Attorney at Law<br>9401 Wilshire Blvd., Suite 1250<br>Beverly Hills, CA 90212 | Co-Defendant | *Great Lakes Reinsurance (UK) PLC, et al. v. LDK Solar Co., Ltd.*, Case No. 112-CV-223439, Superior Court of California, County of Santa Clara |
| Kjeungskjaer Ventures, LLC<br>c/o Jay Teitelbaum<br>Teitelbaum & Baskin, LLC<br>1 Barker Avenue, Third Floor<br>White Plains, New York 10601 | Plaintiff | *Kjeungskjaer Ventures, LLC, et al. v. LDK Solar CO., Ltd., et al.*, Index No. 652628/2014, Supreme Court of the State of New York, County of New York |
| Longball Holdings, LLC<br>c/o Jay Teitelbaum<br>Teitelbaum & Baskin, LLC | Plaintiff | *Kjeungskjaer Ventures, LLC, et al. v. LDK Solar CO., Ltd., et al.*, Index No. 652628/2014, Supreme Court of the |

| Party | Type | Pending Litigation |
|---|---|---|
| 1 Barker Avenue, Third Floor White Plains, New York 10601 | | State of New York, County of New York |
| Jiangsu Liquidators, LLC c/o Jay Teitelbaum Teitelbaum & Baskin, LLC 1 Barker Avenue, Third Floor White Plains, New York 10601 | Plaintiff | *Kjeungskjaer Ventures, LLC, et al. v. LDK Solar CO., Ltd., et al.*, Index No. 652628/2014, Supreme Court of the State of New York, County of New York |
| LDK Solar USA, Inc. 1290 Oakmead Parkway, Suite 306 Sunnyvale, California 94805 | Co-Defendant | *Kjeungskjaer Ventures, LLC, et al. v. LDK Solar CO., Ltd., et al.*, Index No. 652628/2014, Supreme Court of the State of New York, County of New York |
| LDK Solar International Company Limited Rm. 102A, Hi-Tech Industrial Park Nanchang City, Jiangxi, PRC | Co-Defendant | *Kjeungskjaer Ventures, LLC, et al. v. LDK Solar CO., Ltd., et al.*, Index No. 652628/2014, Supreme Court of the State of New York, County of New York |
| LDK Solar Europe Holding S.A. 89B, Rue Pafebruch L-8308 Capellen, Luxembourg | Co-Defendant | *Kjeungskjaer Ventures, LLC, et al. v. LDK Solar CO., Ltd., et al.*, Index No. 652628/2014, Supreme Court of the State of New York, County of New York |
| LDK Solar Italia S.r.l (In Liquidation) 89B, Rue Pafebruch L-8308 Capellen, Luxembourg  with a copy to: Mario Zen Macairestrasse 3-5 78467 Konstanz Germany | Co-Defendant | *Kjeungskjaer Ventures, LLC, et al. v. LDK Solar CO., Ltd., et al.*, Index No. 652628/2014, Supreme Court of the State of New York, County of New York |
| LDK Trading Service Germany GmbH (In Liquidation) 89B, Rue Pafebruch L-8308 Capellen, Luxembourg  with a copy to: Steven Zha Macairestrasse 3-5 78467 Konstanz Germany | Co-Defendant | *Kjeungskjaer Ventures, LLC, et al. v. LDK Solar CO., Ltd., et al.*, Index No. 652628/2014, Supreme Court of the State of New York, County of New York |
| LDK Solar Hi-Tech (Hong Kong) Co., Limited 4/F Hi-Tech Industrial Park | Co-Defendant | *Kjeungskjaer Ventures, LLC, et al. v. LDK Solar CO., Ltd., et al.*, Index No. 652628/2014, Supreme Court of the |

| Party | Type | Pending Litigation |
|---|---|---|
| Xinyu City, Jiangxi 338032, PRC | | State of New York, County of New York |

### D.      Entities Against Whom Provisional Relief is Sought

Bankruptcy Rule 1007(a)(4) requires disclosure of all entities against whom

provisional relief is being sought under section 1519 of chapter 11 of title 11 of the United States

Code.  See Fed. R. Bankr. P. 1007(a)(4).  As set forth in the *Motion of Foreign Representatives*

*for (I) Provisional Relief, (II) Recognition of the Cayman Proceeding as a Foreign Main*

*Proceeding or, in the Alternative, as a Foreign Nonmain Proceeding and (III) Certain Related*

*Relief,* filed contemporaneously herewith, the Foreign Representatives are, among other things,

seeking entry of a provisional order staying and restraining all persons and entities from (a)

commencing or continuing any actions against LDK Parent or its property within the territorial

jurisdiction of the United States as further defined in 11 U.S.C. § 1502(8) ("Assets"); (b) acting

to enforce any judicial, quasi-judicial, administrative or monetary judgment, assessment or order

or arbitration award against the JPLs (in their capacities as JPLs or Foreign Representatives of

LDK Parent), LDK Parent or its Assets; (c) commencing or continuing any action or proceeding

in the United States to create, perfect or enforce any lien, setoff or other claim against the JPLs

(in their capacities as JPLs or Foreign Representatives of LDK Parent), LDK Parent or its Assets

unless otherwise expressly permitted by the Cayman Order; (d) seeking the issuance of or issuing

any restraining notice or other process of encumbrance with respect to the JPLs (in their

capacities as JPLs or Foreign Representatives of LDK Parent), LDK Parent or its Assets unless

otherwise expressly permitted by the Cayman Order; and (e) transferring, relinquishing or

disposing of any Assets to any person or entity other than the JPLs (in their capacities as JPLs or

Foreign Representatives of LDK Parent).

5

As set forth in the *Motion of Foreign Representatives for an Order (I) Specifying the Form and Manner of Notice, (II) Scheduling the Recognition Hearing, (III) Shortening Certain Deadlines Provided under the Bankruptcy Code and the Bankruptcy Rules and (IV) Granting Certain Related Relief,* filed contemporaneously herewith, given the significant number of parties potentially affected by the requested provisional relief, the Foreign Representatives have requested that the Court waive the requirement to specifically disclose the identity of each entity or party.

*[**Remainder of Page Intentionally Left Blank**]*

Dated:  Wilmington, Delaware
          October _21_ , 2014

SIDLEY AUSTIN LLP
Larry J. Nyhan
Jessica C.K. Boelter
Matthew G. Martinez
Geoffrey M. King
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Robert S. Brady (No. 2847)
Edmon L. Morton (No. 3856)
Maris J. Kandestin (No. 5294)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

COUNSEL TO THE FOREIGN REPRESENTATIVES
ON BEHALF OF LDK PARENT

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 15 |
| LDK SOLAR CO. LTD (IN PROVISIONAL LIQUIDATION).,[1] | Case No. 14-_____ (___) |
| Debtor in a Foreign Proceeding. | |

## DECLARATION OF FOREIGN REPRESENTATIVE IN
## SATISFACTION OF SECTION 1515 OF THE BANKRUPTCY CODE

I, Tammy Fu, being duly sworn, state the following under penalty of perjury:

1.      I am a partner of Zolfo Cooper (Cayman) Limited and a resident of its office at 10 Market Street, Suite 776, Camana Bay, Grand Cayman KY1-9006, Cayman Islands.

2.      On February 27, 2014, the Grand Court of the Cayman Islands, Financial Services Division (the "Cayman Court") appointed Eleanor Fisher and me as the Joint Provisional Liquidators (in such capacities, the "JPLs") of LDK Solar CO., Ltd. (in provisional liquidation) ("LDK Parent") in LDK Parent's proceeding (the "Cayman Proceeding") under section 92(d) of the Cayman Islands Companies Law (2013 Revision).

3.      On or about September 8, 2014, LDK Parent filed an originating summons to commence restructuring proceedings in the High Court of Hong Kong (the "Hong Kong Proceeding").

4.      As set forth in greater detail in the *Declaration of Tammy Fu in Support of (I) Chapter 15 Petition of LDK Solar CO., Ltd. (In Provisional Liquidation) and (II) Motion for (A) Provisional Relief, (B) Recognition of the Cayman Proceeding as a Foreign Main*

---

[1] The last four digits of the Cayman Islands registration number of LDK Solar CO., Ltd (in provisional liquidation) are 6736.  The mailing address for LDK Solar CO., Ltd. (in provisional liquidation) is:  Zolfo Cooper (Cayman) Limited, Attn: Eleanor Fisher & Tammy Fu, as Joint Provisional Liquidators, P.O. Box 1102 GT, 4th Floor, Building 3, Cayman Financial Centre, Grand Cayman KY1-1002, Cayman Islands.

*Proceeding and (C) Certain Related Relief*, submitted concurrently herewith, the Cayman

Proceeding and the Hong Kong Proceeding are integral components of a broader global

restructuring of LDK Parent's offshore liabilities.

        5.      In satisfaction of 11 U.S.C. § 1515(b), attached hereto as <u>Exhibit A</u> is a

true and correct copy of the Cayman Court's *Order Appointing Joint Provisional Liquidators*

(the "<u>Cayman Order</u>"), pursuant to which, among other things, (i) LDK Parent commenced the

Cayman Proceeding and (ii) the JPLs were "appointed as joint provisional liquidators of [LDK

Parent] pursuant to section 104(1) of the Companies Law (2013 Revision)."  (Cayman Order ¶

1.)  The Cayman Order further provides, in relevant part, as follows:

> The JPLs are authorised to take such action as may be necessary to
> obtain recognition of their appointment as provisional liquidators
> of [LDK Parent] in any other relevant jurisdiction and to make
> applications to the courts of such jurisdictions for that purpose.
> Without limitation to the generality of such authorisation, the JPLs
> are authorised to seek recognition under Chapter 15 of the United
> States Code (and such other relief as may be required) from the
> United States Bankruptcy Court for the District of Delaware.

(<u>Id.</u> ¶ 6.)

        6.      In satisfaction of section 1515(c) of chapter 11 of title 11 of the United

States Code, I hereby declare that the Cayman Proceeding and the Hong Kong Proceeding are

"all foreign proceedings" with respect to LDK Parent that are known to me in my capacity as

JPL and foreign representative of LDK Parent.

<p align="center">[<b><i>Remainder of Page Intentionally Left Blank</i></b>]</p>

<p align="center">2</p>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: October 21, 2014

Tammy Fu, solely in her capacity as
Joint Provisional Liquidator of LDK
Solar CO., Ltd. (in provisional
liquidation) by order of the Grand
Court of the Cayman Islands

*Signature Page to Declaration of Tammy Fu in Support of Chapter 15 Petition and Provisional Relief*