# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

## Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | LDK SOLAR SYSTEMS, INC. | | |
| **Case Number:** | 14-12384-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 22, 2014 12:00 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

### *Matters:*

1) First Day Motions
   **R / M #:**   21 / 0

2) ADM: 14-12387-PJW
   First Day Motions
   **R / M #:**   14 / 0

### *Appearances:*

See attached Court sign-in sheet

### *Proceedings:*

Hearing Held. (14-12384)
Agenda Items:
#1 & #2 - Declarations
#3 - Order signed
#4 - Order signed
#5 - Interim Order signed*
#6 - Order signed
#7 - Order signed*

Hearing Held. (14-12387)
Agenda Items:
#1 - Petition
#2 & #3 - Declaration
#4 - Order signed - Provisional Stay Relief
#5 - Memorandum of Law in Support
#6 - Order signed*

*Hearing scheduled for 11/21/14 @ 2:00 p.m.