**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LDK SOLAR CO., LTD. (IN PROVISIONAL LIQUIDATION),[1]<br><br>Debtor in a Foreign Proceeding. | Chapter 15<br><br>Case No. 14-12387 (PJW) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 21, 2014 AT 2:00 P.M. (ET)**

**UNCONTESTED MATTERS GOING FORWARD**

1. Motion of Foreign Representatives for (I) Provisional Relief, (II) Recognition of the Cayman Proceeding as a Foreign Main Proceeding or, in the Alternative, as a Foreign Nonmain Proceeding and (III) Certain Related Relief [D.I. 4, 10/21/14]

    Response Deadline:            November 14, 2014 at 4:00 p.m. (ET)

    Responses Received:           None.

    Related Documents:

    A.   Declaration of Tammy Fu in Support of (I) Chapter 15 Petition of LDK Solar Co., Ltd. (in Provisional Liquidation) and (II) Motion of Foreign Representatives for (A) Provisional Relief, (B) Recognition of the Cayman Proceeding as a Foreign Main Proceeding or, in the Alternative, as a Foreign Nonmain Proceeding and (C) Certain Related Relief [D.I. 2, 10/21/14]

    B.   Declaration of Jonathan Guy Manning in Support of (A) Chapter 15 Petition of LDK Solar Co., Ltd. (in Provisional Liquidation) and (B) Motion for (I) Provisional Relief, (II) Recognition of the Cayman Proceeding as a Foreign Main Proceeding or, in the Alternative, as a Foreign Nonmain Proceeding and (III) Certain Related Relief [D.I. 3, 10/21/14]

---

[1] The last four digits of the Cayman Islands registration number of LDK Solar CO., Ltd (in provisional liquidation) are 6736.  The mailing address for LDK Solar CO., Ltd. (in provisional liquidation) is:  Zolfo Cooper (Cayman) Limited as Joint Provisional Liquidators, Attn: Eleanor Fisher & Tammy Fu, P.O. Box 1102 GT, 4th Floor, Building 3, Cayman Financial Centre, Grand Cayman KY1-1002, Cayman Islands.

    C.    Memorandum of Law in Support of (I) Chapter 15 Petition of LDK Solar Co., Ltd. (in Provisional Liquidation) and (II) Motion for (A) Provisional Relief, (B) Recognition of the Cayman Proceeding as a Foreign Main Proceeding or, in the Alternative, as a Foreign Nonmain Proceeding and (C) Certain Related Relief [D.I. 5, 10/21/14]

    D.    Order (I) Specifying the Form and Manner of Service of Notice, (II) Scheduling the Recognition Hearing, (III) Shortening Certain Deadlines Provided Under the Bankruptcy Code and the Bankruptcy Rules and (IV) Granting Related Relief [D.I. 19, 10/22/14]

    E.    Order Granting Provisional Relief [D.I. 20, 11/18/14]

    F.    Notice of Filing of a Petition and Hearing for Recognition of Cayman Proceeding as a Foreign Proceeding Under Chapter 15 of the United States Bankruptcy Code. [D.I. 21, 10/22/14]

Status: This matter is going forward with respect to recognition of the Cayman Proceeding as a Foreign Main Proceeding or, in the alternative, as a Foreign Nonmain Proceeding.

2.    Motion of Foreign Representatives for an Order Recognizing and Enforcing the Scheme of Arrangement and the Order of the Cayman Court Sanctioning the Scheme of Arrangement Upon Recognition of the Cayman Proceeding [D.I. 34, 11/3/14]

Response Deadline: November 14, 2014 at 4:00 p.m. (ET) [Extended for the United States Trustee until November 17, 2014]

Responses Received: None.

Related Documents:

    A.    Declaration of Jonathan Guy Manning in Support of Motion of Foreign Representatives for an Order Recognizing and Enforcing the Scheme of Arrangement and the Order of the Cayman Court Sanctioning the Scheme of Arrangement Upon Recognition of the Cayman Proceeding [D.I. 35, 11/3/14]

    B.    Declaration of Tammy Fu in Support of Motion of Foreign Representatives for an Order Recognizing and Enforcing the Scheme of Arrangement and the Order of the Cayman Court Sanctioning the Scheme of Arrangement Upon Recognition of the Cayman Proceeding [D.I. 36, 11/3/14]

  C. Update to the Court and Interested Parties in Support of the Motion of Foreign Representatives for an Order Recognizing and Enforcing the Scheme of Arrangement and the Order of the Cayman Court Sanctioning the Scheme of Arrangement Upon Recognition of the Cayman Proceeding [D.I. 38, 11/12/14]

<u>Status</u>: This matter is going forward.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>November 19, 2014 | SIDLEY AUSTIN LLP<br>Larry J. Nyhan<br>Jessica C.K. Boelter<br>Matthew G. Martinez<br>Geoffrey M. King<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>Telephone:  (312) 853-7000<br>Facsimile:  (312) 853-7036<br><br>    -and-<br><br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>  */s/ Maris J. Kandestin*<br>Robert S. Brady (No. 2847)<br>Edmon L. Morton (No. 3856)<br>Maris J. Kandestin (No. 5294)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 571-6600<br>Facsimile:  (302) 571-1253<br><br>COUNSEL TO THE FOREIGN REPRESENTATIVES ON BEHALF OF LDK PARENT |