# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | LDK SOLAR CO., LTD. |
| **Case Number:** | 14-12387-PJW |
| **Chapter:** | 15 |
| **Date / Time / Room:** | FRIDAY, NOVEMBER 21, 2014 02:00 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | IVONE MARVEL |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Recognition hearing

**R / M #:**   41 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Order signed
#2 - Order signed